UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: Douglas E. Arpert, U.S.M.J. |
| v. | MAGISTRATE NO.: 12-2515(DEA) |
| SHARAN EASON | DATE OF PROCEEDINGS: JULY 9, 2012 |
| | DATE OF ARREST: JULY 9, 2012 |

PROCEEDINGS: __INITIAL APPEARANCE__

(✓) COMPLAINT
(✓) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(✓) APPT. OF COUNSEL: ✓ AFPD __ CJA
(✓) WAIVER OF HRG.: ✓ PRELIM __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: __ GUILTY __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
(✓) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
(✓) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.    DATE: _____
( ) DETENTION / BAIL HRG.    DATE: _____
( ) TRIAL: __ COURT __ JURY    DATE: _____
( ) SENTENCING    DATE: _____
( ) OTHER: _____    DATE: _____

APPEARANCES:

AUSA    FABIANA PIERRE-LOUIS
DEFT. COUNSEL    Brian Reilly, FPD
PRETRIAL    Wendy Lonsdorf
INTERPRETER    N/A
    Language: ( )

Time Commenced: 12:38 PM
Time Terminated: 12:41 PM
CD No: _____

_Charmaine D. Ellington_
DEPUTY CLERK